AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF     NEVADA

1ST TECHNOLOGY,

        Plaintiff,

        v.

IQ-LUDORUM PLC,
PLAYTECH CYPRUS, LTD.,
TILTWARE LLC, and
KOLYMA CORPORATION, A.V.V.,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-cv-323-LDG-RJJ

**TO:** (Name and Address of Defendant)

KOLYMA COPORATION, A.V.V.
62 Lloyd G. Smith Blvd.
Oranjestad, Aruba

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Lance S. Wilson                          April 6, 2006

Clerk                                              Date

*/s/ Lance S. Wilson*



AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____            _____
                         Date                                                Signature of Server

                                                                             _____
                                                                             Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.